**COPPERSMITH BROCKELMAN PLC**
Keith Beauchamp (012434)
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Telephone: 602-224-0999
Facsimile:  602-244-6020
kbeauchamp@cblawyers.com

**ROBINS KAPLAN LLP**
Jeffrey S. Gleason (*pro hac vice application* to be filed)
Thomas C. Mahlum (*pro hac vice application* to be filed)
Jamie R. Kurtz (*pro hac vice application* to be filed)
Joshua B. Strom (*pro hac vice application* to be filed)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone:  612-349-8500
Facsimile:   612-339-4181
JGleason@RobinsKaplan.com
TMahlum@RobinsKaplan.com
JKurtz@RobinsKaplan.com
JStrom@RobinsKaplan.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Blue Cross of California, Inc. d/b/a/ Anthem Blue Cross of California, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Insys Therapeutics, Inc.,<br><br>　　　　　　　Defendant. | No.<br><br>**PLAINTIFF ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Anthem Blue Cross Life and Health Insurance Company hereby discloses that it is wholly owned by Anthem, Inc., a publically traded company.  No corporation owns 10% or more of Anthem, Inc.'s stock.

Respectfully submitted this 12th day of July, 2017.

                         **COPPERSMITH BROCKELMAN PLC**

                         By s/ Keith Beauchamp
                            Keith Beauchamp

                         **ROBINS KAPLAN LLP**
                            Jeffrey S. Gleason
                            Thomas C. Mahlum
                            Jamie R. Kurtz
                            Joshua B. Strom

                         *Attorneys for Plaintiffs*