# EXHIBIT G

```
 1
 2               UNITED STATES DISTRICT COURT
 3               FOR THE DISTRICT OF ARIZONA
 4  BLUE CROSS OF CALIFORNIA, INC., et al.,
 5
                 Plaintiff,
 6
    -against-                            Case No.
 7                                       CV-17-02286-PHX-DLR
 8  INSYS THERAPEUTICS INCORPORATED,
 9               Defendant.
10
11
12
13
14
15     ***CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER***
16             DEPOSITION OF DAVID RICHARDSON
                       Phoenix, Arizona
17                     April 24, 2018
18
19
20
21
22
23  Reported by:
    Judi Johnson, CSR, RMR, RPR, CRR, CLR
24  Arizona License #: 50853
    Job No: 140516
25
```

1              CONFIDENTIAL - DAVID RICHARDSON
2    remember not to cut her off.
3            MS. KURTZ:  Okay.  I'm handing you the
4    document that has been marked Exhibit 27.  It bears
5    the Bates numbers INSYS_ANTHEM_09123.
6               (Whereupon, Document Bates-labeled
7                INSYS_ANTHEM_09123 was marked as
8                Plaintiff's Exhibit 27 for identification,
9                as of this date.)
10           MS. KURTZ:  Sorry.  There's two there.
11   (Handing.)
12         BY MS. KURTZ:
13       Q   So this is a document from you to the PA
14   specialists, right?
15       A   Yes.
16       Q   And it is dated Friday, November 6th of
17   2015, right?
18       A   Yes.
19       Q   And it says:
20              "Hi team, can you advise me of what PBM plans
21               you are seeing that are approving cases that
22               are not (exclamation point) cases."
23           Do you see that?
24       A   Yes.
25       Q   Does that symbol there (exclamation point)

1            CONFIDENTIAL - DAVID RICHARDSON

2   mean cancer?

3       A   Yes.

4       Q   Why did you use that?

5       A   That is what we were told to use from

6   compliance that we could no longer start stating

7   cancer patients or cancer in e-mails. We had to

8   start using the exclamation point.

9       Q   Who in compliance directed you to start

10  using that?

11      A   That was from Liz and that was from Yoshi.

12      Q   When were you directed to start using that?

13      A   It couldn't be -- not too long before this.

14  I can't give you an exact date. Just because there

15  was so much going on at that time. But, I mean, we

16  were directed to start using the exclamation point

17  in our communications.

18      Q   The second half of 2015. Is that fair?

19      A   Yeah, I would say that's fair.

20      Q   Were there any other symbols that you were

21  directed to use other than this one when referencing

22  cancer?

23      A   No, not that I remember or am aware of.

24      Q   Did you use that regularly?

25          MS. TOVREA: Form.

1           CONFIDENTIAL - DAVID RICHARDSON

2               MS. TOVREA:  Form.

3         A   Yes.  It's implying it.

4         Q   But so the question understands that the

5    opt-in form has units and the answer's directing to

6    deviate?

7               MS. TOVREA:  Form.

8         A   Yeah.  I can't explain to you why they want

9    to deviate.

10        Q   If I wanted an answer to that question, who

11   would I ask?

12        A   Yoshi.

13        Q   Okay.  Thank you.

14        A   You're welcome.

15        Q   So before we took a break, when we were

16   looking at Exhibit 27 where you had the symbol

17   (exclamation points).  I'm just going to call that

18   the cancer symbol because it's easier for me to say.

19   Okay?

20        A   Okay.

21        Q   You testified that you were provided the

22   directive from compliance to use that symbol when

23   referencing cancer in e-mails.  Do you recall that?

24        A   I just remember being told by management --

25   or management at the time, which was, I believe Liz,

1        CONFIDENTIAL - DAVID RICHARDSON
2   and them was saying we can no longer use that in any
3   communication.  It has to come into this form.
4   We're going to start using this until -- for the
5   time being.  I don't even know how long that lasted.
6        Q   Sorry.
7        A   You're okay.  I'm sorry.
8        Q   Were there other things that Liz Gurrieri
9   or Yoshi or anyone else in compliance directed you
10  not to put into e-mail?
11       A   I can't think of anything offhand.  I mean,
12  this is -- obviously this was something that it did
13  pop in my head when I saw that, so.  But offhand, I
14  don't remember anything.
15       Q   And when you received that directive, were
16  you with other Insys employees who also received
17  that directive?
18       A   Yes.  We had -- I believe it was in a
19  meeting that we were no longer going to be using
20  cancer in e-mails or any of that nature.  It was
21  directed to start using that.
22       Q   And were all of the PA --
23       A   Yes.
24       Q   Sorry.
25           Were all of the IRC employees in that

1        CONFIDENTIAL - DAVID RICHARDSON
2    Q    And were there other instances where you --
3    Liz either said to you or other people, "Don't put
4    something in e-mail," or something along those
5    lines?
6         MS. TOVREA:  Form.
7    A    No, I don't know.  Anything -- anything, it
8    was just always come talk to her, so I don't know
9    why.
10   Q    So was the preferred mode of communication
11   with Liz a verbal communication rather than putting
12   something in writing?
13        MS. TOVREA:  Form.
14   A    Yes.
15   Q    And did she provide you with that
16   directive?
17        MS. TOVREA:  Form.
18   A    She provided everybody with that directive.
19   Q    So then you go to the top e-mail in the
20   string.
21   A    Yes.
22   Q    And she writes:
23           "Yes, I will.  I did not finish the statement
24            not because of the inappropriateness, but
25            because we were not supposed to put cancer or

1                CONFIDENTIAL - DAVID RICHARDSON

2            anything related to cancer in an e-mail form

3            per compliance."

4       Do you see that?

5   A   Yes.

6   Q   Is this the discussion that you testified

7  about earlier where compliance directed you not to

8  put cancer in e-mails?

9   A   Yes, that's where we're coming from.

10  Q   And the date of this document is May 22nd

11 of 2015, right?

12  A   Yes.

13  Q   So at least as of this point in time, you

14 had been provided the directive not to refer to

15 cancer in e-mail by compliance?

16           MS. TOVREA:  Form.

17  A   Yes.

18  Q   You can set that document aside.

19  A   (Witness complies.)

20           MS. KURTZ:  Okay.  I'm going to hand you

21 the document that is being marked as Exhibit 30.  It

22 bears the Bates number INSYS_ANTHEM_000573363.

23           (Whereupon, Document Bates-labeled

24            INSYS_ANTHEM_000573363 was marked as

25            Plaintiff's Exhibit 30 for identification,