# EXHIBIT R

# [FILED UNDER SEAL]